```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE WESTERN DISTRICT OF TENNESSEE
                    WESTERN DIVISION
```

JAMES E. BERNARD, JR.,

    Plaintiff,

V.                                 NO. 13-2024-Ma

ILLINOIS CENTRAL RAILROAD
COMPANY, a corporation,

    Defendant.

### ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW

Before the Court is the December 6, 2013 motion of attorney Courtney B. Brown for leave to withdraw as counsel for plaintiff James E. Bernard, Jr. For good cause shown, the motion is GRANTED, and Courtney B. Brown is allowed to withdraw from further representation of plaintiff James E. Bernard, Jr.

It is SO ORDERED this 9th day of December, 2013.

                                                  *s/ Samuel H. Mays, Jr.*
                                                  SAMUEL H. MAYS, JR.
                                                  UNITED STATES DISTRICT JUDGE