IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
Western Division

**JAMES E. BERNARD, JR.,**

    **Plaintiff,**

vs.                                                                            No.: 2:13-cv-2024-SHM-cgc

**ILLINOIS CENTRAL RAILROAD COMPANY,**

    **Defendant.**

## ORDER TO SHOW CAUSE

On November 1, 2013, Defendant Illinois Central Railroad filed its Motion to Dismiss. (D.E. # 26). Local Rule 12.1 provides that "[a] party opposing a motion to dismiss must file a response within 28 days after the motion is served." To date, Plaintiff has not filed a response to the motion.

Accordingly, **the Court ORDERS Plaintiff to show cause <u>within fourteen (14) days of the entry of this Order</u>** as to why the Court should not consider the Motion on the record before it and enter a Report and Recommendation recommending to the District Court that the Motion to Dismiss docketed at D.E. # 26 be granted pursuant to Fed. R. Civ. P. 12. The Clerk of Court is directed to mail a copy of this Order to the plaintiff via US Mail, return receipt requested.

IT IS SO ORDERED this 6th day of February, 2014.

                                                   s/Charmiane G. Claxton
                                                   CHARMIANE G. CLAXTON
                                                   UNITED STATES MAGISTRATE JUDGE