**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

JAMES E. BERNARD, JR.,

       Plaintiff,

VS.                                                    NO. 13-2024
-Ma

ILLINOIS CENTRAL RAILROAD
COMPANY,

       Defendant.

# JUDGMENT

    Decision by Court.  This action came for consideration before the Court.  The issues have been duly considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that this action is dismissed in accordance with the Order Adopting the Magistrate Judge's Report and Recommendation, docketed May 19, 2014.

**APPROVED:**


 *s/ Samuel H. Mays, Jr.*
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE


 *May 19, 2014*                  THOMAS M. GOULD
DATE                           CLERK

                                    *s/  Zandra Frazier*
                                   (By) DEPUTY CLERK